UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA K. ANDERSON, a married person,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>　　　　　　　　　　　　　　Defendant. | No. 2:21-cv-00403-RSL<br><br>STIPULATION AND ORDER OF REMAND |

## STIPULATION

The parties, by and through their respective counsel of record hereby stipulate that this action should be remanded to the Superior Court of Washington for King County, Case No. 21-2-02030-1 SEA, with each party to pay their respective attorney's fees and costs.

It is so stipulated this 30th day of March, 2021.

| | |
|---|---|
| *s/ Kyle C. Olive*<br>Kyle C. Olive, WSBA #35552<br>Olive Law Northwest PLLC<br>1218 Third Avenue, Suite 1000<br>Seattle, WA 98101<br>(206) 629-9909 P | 206) 971-5081 F<br>kyle@olivelawnw.com<br>Attorney for Plaintiff | *s/ John M. Silk*<br>John M. Silk, WSBA #15035<br>Christopher Pierce-Wright, WSBA #52815<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>(206) 623-4100 P | (206) 623-9273 F<br>silk@wscd.com<br>pierce-wright@wscd.com<br>Attorneys for Defendant |

STIPULATION AND ORDER OF REMAND
(Cause No. 2:21-cv-00403-RSL) – 1



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

Based on the foregoing stipulation of the parties, it is therefore ordered that this action is hereby remanded to the Superior Court of Washington for King County, Case No. 21-2-02030-1 SEA, with each party to pay their respective attorney's fees and costs.

Dated this 31st day of March, 2021.

*MWT S Lasnik* T
he Honorable Robert S. Lasnik
United States District Judge

Presented by:

*s/ John M. Silk*
John M. Silk, WSBA #15035
Christopher Pierce-Wright, WSBA #52815
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
(206) 623-4100 P | (206) 623-9273 F
silk@wscd.com
pierce-wright@wscd.com
Attorneys for Defendant

STIPULATION AND ORDER OF REMAND
(Cause No. 2:21-cv-00403-RSL) – 2



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273